## Goosay, Appellant, *v.* Moffat Coal Company, Inc.

Argued January 21, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Joseph E. Gallagher,* with him *Carlon M. O'Malley, Sr., John W. Bour,* and *O'Malley, Morgan, Bour & Gallagher,* for appellant.

*William J. Oliver,* with him *Oliver, Price and Rhodes,* for appellees.

OPINION PER CURIAM, April 23, 1969:
Judgment affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.